■ Clara B. Korkus et al., Respondents, v Howard D. Markowitz, M.D., et al., Appellants. [749 NYS2d 454] —Appeals from an order of Supreme Court, Erie County (Mintz, J.), entered June 18, 2001, which, inter alia, denied defendants' motions to dismiss the action pursuant to CPLR 3012 (b).

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Green, J.P., Wisner, Scudder, Burns and Lawton, JJ.